```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

                 Plaintiff,

-against-

CITY OF NEW YORK,

                 Defendant.

21 Civ. 7695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's motion for a preliminary injunction, ECF No. 5, and letter dated September 17, 2021, ECF No. 12. Accordingly,

1. In the interest of efficiency, Plaintiff need not re-file the brief or submit a pre-motion letter;
2. Plaintiff's request to file an overlength brief is GRANTED;
3. By **October 5, 2021**, Defendant shall file its opposition papers to the motion for a preliminary injunction; and
4. By **October 19, 2021**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: September 21, 2021
        New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge