**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Anne Champion
Direct: +1 212.351.5361
Fax: +1 212.351.5281
AChampion@gibsondunn.com

November 15, 2021

VIA EMAIL AND CM-ECF

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *DoorDash, Inc. v. City of New York*, Case No. 21-cv-7695 (AT)

Judge Torres:

Pursuant to your Honor's Individual Practice in Civil Cases II.B, Plaintiff DoorDash, Inc. respectfully writes to explain the basis for diversity of citizenship in the above-captioned case.

As an initial matter, this Court has jurisdiction under 28 U.S.C. § 1331 because DoorDash raises several claims under the United States Constitution. But the Court also has diversity jurisdiction under 28 U.S.C. § 1332. DoorDash's place of incorporation is Delaware and its principal place of business is San Francisco, California. Dkt. 1 ¶ 10. Defendant City of New York is a citizen of New York. *Id.* ¶ 11. And in light of the relief DoorDash seeks—including damages, just compensation, and injunctive relief—the amount in controversy exceeds $75,000.

Sincerely,

*/s/ Anne Champion*
Anne Champion
*Counsel for Plaintiff DoorDash, Inc.*