UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2021__

21 Civ. 7695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate this action with *Portier, LLC v. City of New York*, 21 Civ. 10347. By **December 15, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **December 20, 2021**.

    SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge