December 9, 2021

VIA EMAIL AND CM-ECF

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *DoorDash, Inc. v. City of New York*, Case No. 21-cv-7695 (AT)

Judge Torres:

Pursuant to your Honor's endorsed memo (Dkt. 35) in the above-entitled action, the parties submit this joint letter indicating their preferred method for alternative dispute resolution ("ADR").

As the parties indicated in their previous joint letters (Dkt. 31 at 2 and Dkt. 34), at this time neither party anticipates settling this action, and neither party believes that ADR would currently be beneficial.  However, if the parties were to participate in ADR, their preferred method would be a settlement conference before a magistrate judge following the close of fact discovery.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne Champion* | */s/ Karen B. Selvin* |
| Anne Champion | Karen B. Selvin |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *DoorDash, Inc.* | *City of New York* |