UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

                    Plaintiff,

        -against-

CITY OF NEW YORK,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/14/2021
```

21 Civ. 7695 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      The Court intends to consolidate this action with *Portier, LLC v. City of New York*, 21 Civ. 10347 and *Grubhub Inc. v. City of New York*, 21 Civ. 10602. The deadline of December 15, 2021, for any interested attorneys to apply to be appointed lead counsel is AJDOURNED to **December 21, 2021**. The deadline of December 20, 2021, for opposition to any such application is ADJOURNED to **January 4, 2022**.

      SO ORDERED.

Dated: December 14, 2021
      New York, New York

ANALISA TORRES
United States District Judge