UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　Defendant.<br><br>PORTIER, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　Defendant.<br><br>GRUBHUB, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC)<br>　　　　　　　　　　　21 Civ. 10347 (AT) (SLC)<br>　　　　　　　　　　　21 Civ. 10602 (AT) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the Court's rulings at the conference held today, March 8, 2022 (the "Conference"), the Court Orders as follows:

1) By **Friday, March 11, 2022**, the parties shall file their Proposed Confidentiality Stipulation and Protective Order ("Proposed Protective Order") for the Court's review

and endorsement. If, after continuing to meet and confer, the parties are unable to agree to the terms of the Proposed Protective Order, they shall file a single letter, stating each party's position, and attaching their competing versions as exhibits. To facilitate the Court's review, if possible, the parties should file a single attachment with the disputed provisions in track changes.

2) For the reasons set forth at the Conference, with respect to the parties' dispute raised in <u>DoorDash, Inc. v. City of New York</u>, 21-cv-7695 at ECF Nos. 53 and 54, the discovery start date shall be **October 1, 2019**. For purposes of privilege review and productions, the parties should initially prioritize the time periods that will bear most directly on upcoming depositions.

3) The parties shall promptly order the Conference transcript.

A Telephone Discovery Conference is scheduled **Tuesday, April 26, 2022 at 12:00 pm** on the Court's conference line. By **5:00 pm on Friday, April 22, 2022**, the parties may file a joint letter, no longer than four (4) pages, listing, without argument, any discovery disputes or other matters requiring the Court's intervention. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties are permitted to file letter-motions or otherwise seek judicial intervention sooner than April 22, should any ripe disputes require the Court's involvement.

Dated:     New York, New York
           March 8, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

3