```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

               Plaintiff,

-against-

CITY OF NEW YORK,

               Defendant.

21 Civ. 7695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference schedule for April 7, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 21, 2022
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge