UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC) <br> 21 Civ. 10347 (AT) (SLC) <br> 21 Civ. 10602 (AT) (SLC) <br><br> **ORDER** |
| PORTIER, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |
| GRUBHUB, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the Court's rulings at the conference held today, April 26, 2022 (the "Conference"), the Court Orders as follows:

1) Parties' proposed extension of time to conduct additional fact discovery (ECF No. 65) is GRANTED. Accordingly, the new deadlines are as follows:

a. By **Wednesday, September 7, 2022**, the parties shall meet and confer to discuss whether there will be expert discovery.

b. By **Friday, September 9, 2022**, the parties shall serve Requests to Admit.

c. By **Friday, September 23, 2022**, the parties shall complete fact depositions.

d. By **Friday, October 7, 2022**, the parties shall complete fact discovery.

e. By **Monday, November 21, 2022**, the parties shall complete expert discovery.

A Telephone Discovery Conference is scheduled **Thursday, May 26, 2022 at 2:00 pm** on the Court's conference line.  By **5:00 pm on Friday, May 20, 2022**, the parties may file a joint letter, no longer than four (4) pages, listing, without argument, any discovery disputes or other matters requiring the Court's intervention.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties are permitted to file letter-motions or otherwise seek judicial intervention sooner than May 26, should any ripe disputes require the Court's involvement.

Dated:   New York, New York
         April 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2