The parties' joint-letter motion seeking to adjourn the conference scheduled for May 26, 2022 at 2:00 pm (ECF No. 67) is GRANTED.  By **Monday, June 27, 2022**, the parties are directed to submit a joint-letter discussing (i) the progress of document production and (ii) whether they would like to schedule a conference with the Court.

SO ORDERED 05/23/2022

SARAH L. CAVE
United States Magistrate Judge

May 20, 2022

Via ECF

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
       *Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
       *Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Judge Cave:

Pursuant to the Court's Order, dated April 26, 2022, Co-Plaintiffs DoorDash, Inc. ("DoorDash"), Portier, LLC ("Portier"), and Grubhub Inc. ("Grubhub"), and Defendant City of New York ("the City") respectfully submit this Joint Letter to update the Court in advance of the Telephone Discovery Conference scheduled for May 26, 2022 at 2:00 pm.

Since the April 26 conference, the parties have produced, and intend to continue producing, additional responsive documents.  The parties do not have any ripe disputes to present to the Court at this time.  If the Court is amenable, the parties are willing to adjourn the upcoming May 26 conference to a future date at the Court's convenience.

Respectfully submitted,

 /s/ Anne Champion                      /s/ Karen B. Selvin
Anne Champion                        Karen B. Selvin

*Counsel for Plaintiff DoorDash, Inc.*   *Counsel for Defendant City of New York*

 /s/ John Quinn                         /s/ Joel L. Kurtzberg
John Quinn                           Joel L. Kurtzberg

*Counsel for Plaintiff Portier, LLC.*    *Counsel for Plaintiff Grubhub Inc.*