> By **Friday, July 29, 2022**, the parties are directed to submit a joint-letter discussing the progress of document production.
>
> A Telephone Status Conference is scheduled **Wednesday, September 7, 2022 at 11:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> SO ORDERED 06/27/2022
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

June 24, 2022

<u>Via ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
        *Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
        *Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Judge Cave:

Pursuant to the Court's May 23, 2022 Order (Dkt. 68), Co-Plaintiffs DoorDash, Inc. ("DoorDash"), Portier, LLC ("Portier"), and Grubhub Inc. ("Grubhub"), and Defendant City of New York ("the City") respectfully submit this Joint Letter to update the Court regarding the status of discovery and whether the parties request a conference with the Court.

Since the parties' May 20, 2022 status update, the parties have diligently pursued negotiations over the scope of discovery and have produced and intend to continue producing additional responsive documents.  The parties do not have any ripe disputes to present to the Court, and submit that a conference with the Court is not necessary at this time.

Respectfully submitted,

 */s/ Anne Champion*
Anne Champion

*Counsel for Plaintiff DoorDash, Inc.*

 */s/ John Quinn*
John Quinn

*Counsel for Plaintiff Portier, LLC.*

 */s/ Karen B. Selvin*
Karen B. Selvin

*Counsel for Defendant City of New York*

 */s/ Joel L. Kurtzberg*
Joel L. Kurtzberg

*Counsel for Plaintiff Grubhub Inc.*