**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOORDASH, INC.,

                 Plaintiff,

    -against-

CITY OF NEW YORK,

            Defendant.

21 Civ. 7695 (AT) (SLC)

PORTIER, LLC,

                 Plaintiff,

    -against-

CITY OF NEW YORK,

            Defendant.

21 Civ. 10347 (AT) (SLC)

GRUBHUB INC.,

                 Plaintiff,

    -against-

CITY OF NEW YORK,

            Defendant.

21 Civ. 10602 (AT) (SLC)

**DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Sofia Syed, declare and state as follows:

1. On December 3, 2021, I filed a Notice of Appearance (ECF. No. 8) in 21 Civ. 10347 on behalf of Plaintiff Portier, LLC.

2. Pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Plaintiff Portier, LLC.

3. Plaintiff Portier, LLC. shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendant.  I am not asserting a retaining or charging lien.

Dated: July 15, 2022
       New York, New York

Respectfully submitted,

/s/ Sofia Syed
Sofia Syed
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
ssyed@kaplanhecker.com

*Counsel for Plaintiff Portier, LLC.*

Attorney Sofia Syed's motion to withdraw as counsel for Plaintiff Portier, LLC ("Portier") (ECF No. 48) is GRANTED.  The Clerk of Court is respectfully directed to close ECF No. 48 and terminate Ms. Syed as counsel for Portier.

07/18/22 SO ORDERED

**SARAH L. CAVE**
United States Magistrate Judge