> By **Wednesday, August 31, 2022**, the parties are directed to submit a joint-letter discussing the progress of document production.
>
> SO ORDERED 08/01/22
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

July 29, 2022

<u>Via ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
    *Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
    *Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Judge Cave:

Pursuant to the Court's June 27, 2022 Order (Dkt. 72), Co-Plaintiffs DoorDash, Inc. ("DoorDash"), Portier, LLC ("Portier"), and Grubhub Inc. ("Grubhub"), and Defendant City of New York ("the City") respectfully submit this Joint Letter to update the Court regarding the status of discovery.

Since the parties' June 24, 2022 status update, the parties have continued negotiating over the scope of discovery and intend to continue producing additional responsive documents. The parties do not have any ripe disputes to present to the Court at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Anne Champion | /s/ Karen B. Selvin |
| Anne Champion | Karen B. Selvin |
| *Counsel for Plaintiff DoorDash, Inc.* | *Counsel for Defendant City of New York* |
| /s/ John Quinn | /s/ Joel L. Kurtzberg |
| John Quinn | Joel L. Kurtzberg |
| *Counsel for Plaintiff Portier, LLC.* | *Counsel for Plaintiff Grubhub Inc.* |