```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DOORDASH, INC., | |
| Plaintiff, | |
| -against- | 21 Civ. 7695 (AT) (SLC) |
| CITY OF NEW YORK, | |
| Defendant. | |
| PORTIER, LLC, | |
| Plaintiff, | |
| -against- | 21 Civ. 10347 (AT) (SLC) |
| CITY OF NEW YORK, | |
| Defendant. | |
| GRUBHUB INC., | |
| Plaintiff, | |
| -against- | 21 Civ. 10602 (AT) (SLC) |
| CITY OF NEW YORK, | **ORDER** |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/7/2022_

ANALISA TORRES, District Judge:

Fact discovery in this action will close on February 10, 2023. ECF No. 79. The case management conference in this action is scheduled for **March 7, 2023**, at **11:40 a.m.** The conference will occur telephonically. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. ECF Nos. 33 ¶ 16, 78-1 ¶ 13, 78-2 ¶ 13. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

SO ORDERED.

Dated: October 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge