UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC) <br> 21 Civ. 10347 (AT) (SLC) <br> 21 Civ. 10602 (AT) (SLC) <br><br> **ORDER** |
| PORTIER, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |
| GRUBHUB, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

The telephonic case management conference scheduled for Thursday, November 3, 2022 at 10:00 a.m. is ADJOURNED to **Friday, November 4, 2022 at 11:00 a.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

By **5:00 p.m. on Tuesday, November 1, 2022**, the parties may file a joint letter, no longer than four (4) pages, listing, without argument, any discovery disputes or other matters requiring

the Court's intervention. The parties are permitted to file letter-motions or otherwise seek judicial intervention sooner than November 4, should any ripe disputes require the Court's involvement.

Dated:  New York, New York
        October 11, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2