```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

                Plaintiff,

-against-                                     21 Civ. 7695 (AT) (SLC)

CITY OF NEW YORK,

                Defendant.

PORTIER, LLC,

                Plaintiff,

-against-                                     21 Civ. 10347 (AT) (SLC)

CITY OF NEW YORK,

                Defendant.

GRUBHUB INC.,

                Plaintiff,

-against-                                     21 Civ. 10602 (AT) (SLC)

CITY OF NEW YORK,                             **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

    Fact discovery in this action will close on April 7, 2023. ECF No. 87. The case management conference scheduled for March 7, 2023, is ADJOURNED to **April 25, 2023**, at **11:00 a.m.**

    Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 83 (citing ECF Nos. 33 ¶ 16, 78-1 ¶ 13, 78-2 ¶ 13). And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: December 22, 2022
       New York, New York

                                                    ANALISA TORRES
                                                 United States District Judge