UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION NO.:21 Civ. 7695 (AT) (SLC)<br>21 Civ. 10347 (AT) (SLC)<br>21 Civ. 10602 (AT) (SLC)<br><br>**ORDER** |
| PORTIER, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>Defendant. | |
| GRUBHUB, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic conference held today, March 6, 2023 (the "Conference"), the

Court orders as follows:

1. The fact discovery deadline is EXTENDED to **Tuesday, May 2, 2023**.

    By **Tuesday, May 9, 2023** the parties shall file a joint letter certifying the completion

    of fact discovery.

2. A telephonic status conference is scheduled **Monday, April 24, 2023 at 12:00 pm** on the Court's conference line.  By **5:00 pm on Thursday, April 20, 2023**, the parties may file a joint letter, no longer than three (3) pages, listing, without argument, any discovery disputes or other matters requiring the Court's intervention.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties are permitted to file letter-motions or otherwise seek judicial intervention sooner than April 24, 2023 should any ripe disputes require the Court's involvement.

3. The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit one request to: etranscripts@nysd.uscourts.gov, by **Thursday, March 9, 2023**.

Dated:          New York, New York
                March 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**