UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>                  Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC)<br>                         21 Civ. 10347 (AT) (SLC)<br>                         21 Civ. 10602 (AT) (SLC)<br><br>**ORDER** |
| PORTIER, LLC,<br><br>                  Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | |
| GRUBHUB, INC.,<br><br>                  Plaintiff,<br>-v-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

In light of the parties' statements in their April 20, 2023 joint letter (21 Civ. 7695, ECF No. 100; 21 Civ. 10347, ECF No. 74; 21 Civ. 10602, ECF No. 76), the telephonic status conference is scheduled April 24, 2023 on the Court's conference line is ADJOURNED to **Monday, May 8, 2023 at 11:00 am**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The parties' request (21 Civ. 7695, ECF No. 101; 21 Civ. 10347, ECF No. 75; 21 Civ. 10602, ECF No. 77) for entry of their proposed Stipulation and Proposed Order Concerning the Protocol for Remote Depositions (the "Stipulation") is GRANTED. The Court will enter the Stipulation by separate order.

The Clerk of Court is respectfully directed to close: 21 Civ. 7695, ECF No. 101; 21 Civ. 10347, ECF No. 75; 21 Civ. 10602, ECF No. 77.

Dated: New York, New York
April 21, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**