UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>                    Plaintiff,<br><br>       -v-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | CIVIL ACTION NO.:21 Civ. 7695 (AT) (SLC)<br>                       21 Civ. 10347 (AT) (SLC)<br>                       21 Civ. 10602 (AT) (SLC)<br><br>**<u>ORDER</u>** |
| PORTIER, LLC,<br><br>                    Plaintiff,<br><br>       -v-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | |
| GRUBHUB, INC.,<br><br>                    Plaintiff,<br><br>       -v-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic conference held today, May 8, 2023 (the "Conference"), the Court orders as follows:

1. As to remaining fact discovery issues concerning Plaintiffs' contention interrogatories to Defendant and Defendant's post-deposition requests for production to Plaintiffs DoorDash, Inc. and Grubhub Inc., by May 15, 2023, the parties shall file a joint status letter indicating that both issues have been resolved or Plaintiffs shall file a letter (no

longer than three (3) pages) stating their position(s) on both issues, and, by May 18, 2023, Defendant shall file a letter (no longer than three (3) pages) in response. The Court will determine whether a conference is necessary and issue a scheduling order accordingly.

2. The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit one request to: etranscripts@nysd.uscourts.gov, by **Wednesday, May 10, 2023**.

Dated:   New York, New York
         May 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**