UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　Defendant.<br><br>PORTIER, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　Defendant.<br><br>GRUBHUB, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC)<br>　　　　　　　　　　21 Civ. 10347 (AT) (SLC)<br>　　　　　　　　　　21 Civ. 10602 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　The Court thanks the parties for their joint letter certifying that fact discovery has been completed except as to Defendant City of New York's service of supplemental interrogatory responses by June 1, 2023 per the Court's May 22, 2023 Order. (21 Civ. 7695, ECF Nos. 114; 116).

　　By **June 8, 2023**, the parties shall file a joint letter certifying the completion of all fact discovery. The letter shall set forth how the parties plan to proceed in these cases, including

whether any party intends to file a dispositive motion before the Honorable Analisa Torres and whether the parties are interested in a settlement conference before the undersigned.

Dated:        New York, New York
                 May 24, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge