UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC) <br> 21 Civ. 10347 (AT) (SLC) <br> 21 Civ. 10602 (AT) (SLC) <br><br> **ORDER** |
| PORTIER, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |
| GRUBHUB, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF NEW YORK, <br><br> Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 118, and thanks the parties for certifying that fact discovery has been completed.

Dated: New York, New York
June 9, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge