```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

      Plaintiff,

-against-           21 Civ. 7695 (AT)

CITY OF NEW YORK,

      Defendant.

PORTIER, LLC,

      Plaintiff,

-against-          21 Civ. 10347 (AT)

CITY OF NEW YORK,

      Defendant.

GRUBHUB INC.,

      Plaintiff,

-against-          21 Civ. 10602 (AT)

CITY OF NEW YORK,        **ORDER**

      Defendant.

ANALISA TORRES, District Judge:

  The Court has reviewed the joint letter from Plaintiffs Doordash, Inc., Portier, LLC, and Grubhub Inc., seeking leave to file a motion for summary judgment, ECF Nos. 123–24;[1] Defendant's letter seeking leave to file its own motion for summary judgment and opposing Plaintiffs' letter, ECF No. 130–31; and Plaintiffs' joint letter responding to Defendant's letter, ECF No. 134.  Accordingly:

1. Plaintiffs' request to file a motion for summary judgment is GRANTED;
2. Defendant's request to file a motion for summary judgment is GRANTED;
3. By **September 25, 2023**, the parties shall submit a letter setting forth a proposed briefing schedule for their cross-motions for summary judgment.

  The Clerk of Court is directed to terminate the motions at ECF Nos. 123–24, 130–31.

  SO ORDERED.

Dated: September 20, 2023
   New York, New York

                    ANALISA TORRES
                    United States District Judge

---

[1] ECF citations refer to the docket sheet in No. 21 Civ. 7695.