UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/01/2024_
```

DOORDASH, INC.,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 7695 (AT) (SLC)

PORTIER, LLC,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 10347 (AT) (SLC)

GRUBHUB INC.,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 10602 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated November 21, 2023. ECF No. 147.[1] The parties request leave to provisionally file under seal exhibits that Plaintiffs seek to redact on the public docket, pending the Court's decision on a forthcoming omnibus motion to seal. *Id.* at 2. Accordingly:

1. The parties' request is GRANTED;
2. By **May 10, 2024**, Plaintiffs shall file their omnibus motion to seal;
3. By **May 31, 2024**, Defendant shall file its opposition papers.

    The Court has also reviewed the parties' letters dated August 24 and 29, and September 8, 11, and 13, 2023. ECF Nos. 122, 125, 129, 132, 133. Plaintiffs request partial sealing of the Rule 56.1 statements that Plaintiffs and Defendant submitted with their respective pre-motion letters for summary judgment. ECF Nos. 122, 132. Defendant opposes certain of Plaintiffs' proposed

---

[1] ECF citations refer to the docket sheet for No. 21 Civ. 7695.

redactions. ECF Nos. 125, 133.[2] For the reasons stated below, the Court shall HOLD IN ABEYANCE Plaintiffs' request.

On September 20, 2023, the Court granted the parties leave to file motions for summary judgment. *See* ECF No. 135. As part of summary-judgment briefing, both Plaintiffs and Defendant have re-filed their Rule 56.1 statements with Plaintiffs' proposed redactions, ECF Nos. 154–55, 164–67, and Plaintiffs have redacted portions of their memorandum of law relying on their Rule 56.1 statement, *see* ECF Nos. 152–53. Plaintiffs seek to redact these documents for the same reasons that they contend the pre-motion Rule 56.1 statements should be redacted. ECF No. 147 at 1–2.

Accordingly, in the interest of judicial economy, the Court shall decide Plaintiffs' request to partially seal the pre-motion 56.1 statements, the parties' respective Rule 56.1 statements, Plaintiffs' memorandum of law, and any forthcoming partially sealed memoranda in conjunction with ruling on the omnibus motion to seal. Pending the Court's decision, the parties may provisionally file redacted versions of their Rule 56.1 statements and memoranda of law on the public docket.

The Clerk of Court is directed to terminate the motions at ECF Nos. 122, 129, 132, and 147.

SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[2] Although Defendant moves to redact its own pre-motion 56.1 statement, it does so at Plaintiffs' request. ECF No. 129.