```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024
```

October 17, 2024

VIA ECF
The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, New York 10007

Re: *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
*Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
*Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Dear Judge Torres:

We write on behalf of Plaintiffs in the above-referenced consolidated cases to respectfully request a three-week extension of the deadline for Plaintiffs Grubhub Inc., DoorDash, Inc., and Portier, LLC to file revised proposed redactions to exhibits and case materials pursuant to the Court's September 24, 2024 Order on Plaintiffs' Omnibus Motion to Seal (the "Order") (ECF No. 198). The deadline set by the Court's Order is October 24, 2024; the proposed new deadline would be November 14, 2024. Plaintiffs have conferred with the City about this request, and the City consents to the requested extension.[1]

Plaintiffs are working diligently to propose a narrower set of redactions of exhibits and case materials consistent with the instructions in the Court's Order. Plaintiffs request an extension for the following reasons:

*First*, as noted in the Order, the release of non-public contractual information carries the potential to harm third parties. *See* Order at 8 ("[The Court] will allow Plaintiffs to redact the portions of those agreements that would cause them or the contracting restaurants 'particular and specific' harm, such as the names of individual restaurants, individual persons, and pricing terms."). Plaintiffs are evaluating whether and to what extent business partners need to be contacted prior to the filing of the contracts. A three-week extension will allow Plaintiffs to complete this process.

*Second*, complying with the Order requires a line-by-line review of hundreds of lengthy contracts and thousands of pages of transcripts and other case materials. While Plaintiffs are diligently working to meet the Court's deadline, given the volume of materials, Plaintiffs seek an extension to provide sufficient time to ensure compliance with all aspects of the Court's Order.

GRANTED.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

ANALISA TORRES
United States District Judge