Case 1:21-cv-07695-AT-SLC   Document 247   Filed 11/25/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/25/2024__

# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | KIERSTEN A. FLETCHER | TELEPHONE: (212) 701-3000 | MARK LOFTUS | ANDREW SCHWARTZ |
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | WWW.CAHILL.COM | JOHN MacGREGOR | DARREN SILVER |
| PETER J. ARMENIO | JOAN MURTAGH FRANKEL | _____ | TRISTAN E. MANLEY | JOSIAH M. SLOTNICK |
| HELENE R. BANKS | JONATHAN J. FRANKEL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| ANIRUDH BANSAL | SESI GARIMELLA | 1990 K STREET, N.W. | MEGHAN N. McDERMOTT | GREGORY STRONG |
| LANDIS C. BEST | ARIEL GOLDMAN | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | PATRICK GORDON | (202) 862-8900 | JOEL MOSS | SEAN R. TIERNEY |
| BROCKTON B. BOSSON | JASON M. HALL | | NOAH B. NEWITZ | AMIT TREHAN |
| DONNA M. BRYAN | STEPHEN HARPER | 221 W. 10th STREET, 3rd FLOOR | EDWARD C. O'CALLAGHAN | JOHN A. TRIPODORO |
| SARAH W. CHEN | CRAIG M. HOROWITZ | WILMINGTON, DE 19801 | JULIANA OBREGON | HERBERT S. WASHER |
| EMEKA C. CHINWUBA | TIMOTHY B. HOWELL | (302) 884-0000 | JAVIER ORTIZ | FRANK WEIGAND |
| JAMES J. CLARK | COLLEEN TRACY JAMES | | DAVID R. OWEN | MILES C. WILEY |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| LEWIS RINAUDO COHEN | BRIAN S. KELLEHER | 20 FENCHURCH STREET | LUIS R. PENALVER | DAVID WISHENGRAD |
| AYANO K. CREED | ANDREW R. KELLY | LONDON EC3M 3BY | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| SEAN M. DAVIS | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | OLEG REZZY | |
| ADAM M. DWORKIN | JOEL KURTZBERG | _____ | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN |
| ANASTASIA EFIMOVA | TED B. LACEY | WRITER'S DIRECT NUMBER | PETER J. ROONEY | ENGLAND AND WALES ONLY |
| SAMSON A. ENZER | ANDREW E. LEE | (212)-701-3120 | MATTHEW E. ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| JAMES Z. FANG | ALIZA R. LEVINE | | THORN ROSENTHAL | |
| GERALD J. FLATTMANN JR. | JOEL H. LEVITIN | | TAMMY L. ROY | |

November 18, 2024

VIA ECF
The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, New York 10007

  Re: *DoorDash, Inc*. v. *City of New York*, No. 21 Civ. 7695-AT-SLC
    *Grubhub Inc.* v. *City of New York*, No. 21 Civ. 10602-AT-SLC
    *Portier, LLC* v. *City of New York*, No. 21 Civ. 10347-AT-SLC

Dear Judge Torres:

  Pursuant to Electronic Case Filing Rules & Instructions 21.7, Plaintiff Grubhub Inc. ("Grubhub") writes to request that the temporary seal placed on Exhibits GH-11 and GV, filed in conjunction with ECF No. 222,[1] be made permanent. These documents were mistakenly filed with references to the name of a restaurant partner left unredacted. Pursuant to the Court's September 24, 2024 Order on Plaintiffs' Omnibus Motion to Seal, the "names of specific restaurants" within Plaintiffs contracts were to be redacted. The public revelation of the name of this restaurant partner, and thus many of its contractual terms would cause both the restaurant partner and Grubhub to suffer particular and specific harm. As such, Grubhub respectfully requests that the Court permanently seal these two exhibits and permit Grubhub to file replacement exhibits with appropriate redactions consistent with the Court's direction in the September 24 Order as soon as practicable.

---

[1] The corresponding numbers on the dockets of 21 Civ. 10602 and 21 Civ. 10347 are 207 and 191, respectively.

Respectfully submitted,

*/s/ Joel Kurtzberg*
Joel Kurtzberg
Jason Rozbruch
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3120
jkurtzberg@cahill.com
jrozbruch@cahill.com

*Attorneys for Plaintiff Grubhub Inc.*

GRANTED.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

2