USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12/3/2024

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 7695 (AT)

PORTIER, LLC,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 10347 (AT)

GRUBHUB INC.,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21 Civ. 10602 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       By letter dated November 18, 2024, Plaintiff, Grubhub Inc. ("Grubhub"), requested that Exhibits GH-11 and GV at ECF Nos. 222-11 and 222-358 be placed under seal and that it be permitted to file replacement exhibits. ECF No. 244.[1] The Court granted the request on November 25, 2024. ECF No. 247. However, Grubhub has failed to file a replacement exhibit. Accordingly, by **December 6, 2024**, Grubhub shall file its corrected exhibit.

       SO ORDERED.

Dated: December 3, 2024  
       New York, New York

ANALISA TORRES  
United States District Judge

---

[1] The ECF citations in this order refer to the docket for case number 21 Civ. 7695 (AT).