USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___12/5/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>Defendant. | 21 Civ. 7695 (AT) (SLC) |
| PORTIER, LLC,<br><br>Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>Defendant. | 21 Civ. 10347 (AT) (SLC) |
| GRUBHUB INC.,<br><br>Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>Defendant. | 21 Civ. 10602 (AT) (SLC) |

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for the reasons stated in the Court's order dated September 24, 2024, Plaintiffs' joint motion for summary judgment is GRANTED as to Plaintiffs' claims under the First Amendment; Defendant's cross-motion for summary judgment is DENIED as to Plaintiffs' First Amendment claims; and Plaintiffs' joint motion on Plaintiffs' remaining claims and Defendant's cross-motion as to Plaintiffs' remaining claims are DENIED as moot.

Judgment is therefore entered in favor of Plaintiffs and against Defendant as follows:

1.  The Court DECLARES that Section 20-563.7 of the New York City Administrative Code is unconstitutional as applied to Plaintiffs' Marketplace products, which are described in the Court's Opinion and Order dated September 24, 2024, because it violates the First Amendment of the United States Constitution; and

2.  The City of New York is permanently restrained and enjoined from enforcing Section 20-563.7 of the New York City Administrative Code against Plaintiffs as it relates to their Marketplace products, which are described in the Court's Opinion and Order dated September 24, 2024.

Dated:    ____December 5____, 2024
          New York, New York

_____
Honorable Analisa Torres
United States District Judge