UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOORDASH, INC.,

                          Plaintiff,

            -against-                                    21 Civ. 7695 (AT)

CITY OF NEW YORK,

                          Defendant.

PORTIER, LLC,

                          Plaintiff,

            -against-                                    21 Civ. 10347 (AT)

CITY OF NEW YORK,

                          Defendant.

GRUBHUB INC.,

                          Plaintiff,

            -against-                                    21 Civ. 10602 (AT)

CITY OF NEW YORK,                                        ORDER

                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/12/2025__

ANALISA TORRES, District Judge:

By order dated December 13, 2024, the Court granted Plaintiffs' motion for an extension of time to move for attorneys' fees and costs. Order, ECF No. 241 in 21 Civ. 10602; Mot., ECF No. 240 in 21 Civ. 10602. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 240 in 21 Civ. 10602.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge